### F. W. WOOLWORTH COMPANY *v.* TOWN OF GREENWICH

*Eugene F. McLaughlin, Jr.,* assistant town attorney, in support of the petition.

*Barry C. Hawkins,* in opposition.

Decided April 17, 1997

### HENRY D. MARCUS *v.* ELIZA GONZALEZ ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 911 (AC 15628), is denied.

*Henry D. Marcus,* pro se, in support of the petition.

*William J. Sweeney, Jr.,* in opposition.

Decided April 17, 1997

### STATE OF CONNECTICUT *v.* MARCIAL TORRES

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 920 (AC 15624), is denied.